# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON.COM SERVICES LLC, <br><br> Defendants. | C.A. No. 22-1447-CJB <br><br> **JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART

Plaintiff State Farm Mutual Automobile Insurance Co. ("State Farm" or "Plaintiff") and Defendants Amazon.com, Inc. and Amazon.com Services LLC ("Amazon" or "Defendants") hereby jointly submit their Joint Claim Construction Chart for the currently asserted claims of U.S. Patent No. 11,107,581 (the "'581 patent"), U.S. Patent No. 11,114,203 (the "'203 patent"), U.S. Patent No. 11,056,235 (the "'235 patent"), U.S. Patent No. 11,393,585 (the "'585 patent"), U.S. Patent No. 10,825,318 (the "'318 patent"), and U.S. Patent No. 11,094,180 (the "'180 patent").

The attached chart (Attachment A) identifies the disputed claim terms, the parties' proposed constructions for the disputed claim terms, and the parties' identification of intrinsic evidence that they may rely on in support of their proposed constructions. The patents-in-suit are attached as Exhibits 1-6. The portions of the file histories cited in Attachment A are attached as Exhibits 7-10.

Each party reserves the right to supplement the chart below with additional evidence and to rely upon additional intrinsic evidence and/or extrinsic evidence in their claim construction

briefs to rebut evidence and arguments made by another party, and to rely upon another party's intrinsic evidence.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Sara M. Metzler* | */s/ Jeremy A. Tigan* |
| Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| Michael W. De Vries<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, Suite 3700<br>Los Angeles, CA 90071<br>(213) 680-8400<br>michael.devries@kirkland.com | Douglas E. Lumish<br>LATHAM &WATKINS LLP<br>140 Scott Drive<br>Silicon Valley, CA 94025<br>(650) 328-4600 |
| Adam R. Alper<br>Akshay S. Deoras<br>Natalie Sinzig<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400<br>adam.alper@kirkland.com<br>akshay.deoras@kirkland.com<br>natalie.sinzig@kirkland.com | Adam M. Greenfield<br>David A. Zucker<br>Jessica Lam<br>Ashley N. Finger<br>LATHAM &WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC<br>20004-1304<br>(202) 637-2200 |
| Kat Li<br>KIRKLAND & ELLIS LLP<br>401 Congress Ave<br>Austin, TX 78701<br>(512) 678-9100<br>kat.li@kirkland.com | |

RLF1 29434246v.1

Leslie M. Schmidt
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
leslie.schmidt@kirkland.com


Dated: August 9, 2023